# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

BRIAN J. MAJUR, Individually and On Behalf of All Others Similarly Situated,

v.

Sirf Technology Holdings, Inc., Michael L. Canning, Diosdado P. Banatao, Geoffrey Ribar and Kanwar Chada,

**ADR**
**E-FILING**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# C08  01013
### MMC

TO: (Name and address of defendant)

The above-named defendants
Sirf Technology Holdings, Inc. Michael L.
Canning, Diosdada P. Banatao, Geoffrey Ribar
and Kanwall Chada,
148 E. Brokaw Rd
San Jose, CA 95112
408-467-0410

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Glancy Binkow & Goldberg LLP
Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150, Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

FEB 2 0 2008
DATE _____

Tiffany Salinas-Harwell

_____
(BY) DEPUTY CLERK



AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                                                    Signature of Server

                                                                              _____
                                                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure