1  LIONEL Z. GLANCY (#134180)
2  MICHAEL GOLDBERG (#188669)
   GLANCY BINKOW & GOLDBERG LLP
3  1801 Avenue of the Stars, Suite 311
   Los Angeles, California 90067
4  Telephone: (310) 201-9150
   Facsimile: (310) 201-9160
5  info@glancylaw.com

6  Attorneys for Plaintiff Brian J. Majur
   [Additional Counsel Appear on Signature Page]
7

8
              UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA
10

11 | BRIAN J. MAJUR, Individually and On Behalf      No. C08 01013
   | of All Others Similarly Situated,
12 |
   | Plaintiff,
13 |                                                  CERTIFICATION OF FINANCIAL
   | v.                                               INTEREST PURSUANT TO CIVIL
14 |                                                  LOCAL RULE R. 3-7(d)
   | SiRF TECHNOLOGY HOLDINGS, INC.,
15 | MICHAEL L. CANNING, DIOSDADO P.
   | BANATAO, GEOFFREY RIBAR and
16 | KANWAR CHADHA,
   |
17 | Defendants.

18
19      Pursuant to Civil Local Rule 3-7(d), the undersigned, counsel of record for Plaintiff Brian
20 J. Majur, hereby affirms under penalty of perjury that counsel does not directly own or otherwise
21 have a beneficial interest in securities that are the subject of the above-captioned action.

22 DATED: February 19, 2008          Respectfully submitted,
23
                                     **GLANCY BINKOW & GOLDBERG LLP**
24
25                                   By: _____
26                                       Lionel Z. Glancy
                                         Michael Goldberg
27                                       1801 Avenue of the Stars, Suite 311
                                         Los Angeles, California 90067
28                                       Telephone: (310) 201-9150

CERTIFICATION OF FINANCIAL INTEREST
Page 1

Facsimile:   (310) 201-9160

**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
Patrick V. Dahlstrom
One North LaSalle Street, #2225
Chicago, IL 60602
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

**MURRAY, FRANK & SAILER LLP**
Brian P. Murray
275 Madison Avenue, Suite 801
New York, New York 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Attorneys for Plaintiff*

---

CERTIFICATION OF FINANCIAL INTEREST