1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   DAVID M. FURBUSH
2  2475 Hanover Street
   Palo Alto, CA  94304-1114
3  Telephone: (650) 233-4500
   Facsimile: (650) 233-4545
4
   Attorneys for Defendants
5  SiRF TECHNOLOGY HOLDINGS, INC.,
   MICHAEL L. CANNING, DIOSDADO P.
6  BANATAO, GEOFFREY RIBAR AND
   KANWAR CHADHA
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 _____
                                )
12 SAMMY ESSES, Individually and On    )      No. 08 CV 00856 MMC
   Behalf of All Others Similarly Situated,  )
13                              )
                                )
                 Plaintiff,     )
14                              )
         vs.                    )
15                              )   STIPULATION AND ~~PROPOSED~~
   SiRF TECHNOLOGY HOLDINGS, INC.,  )   CONSOLIDATION ORDER
16 MICHAEL L. CANNING, DIOSDADO P.  )
   BANATAO, GEOFFREY RIBAR and   )
17 KANWAR CHADHA,               )
                                )
18               Defendants.    )
                                )
   _____)
19                              )
   BRIAN J. MAJUR, Individually and On  )    No. 08 CV 01013 MMC
20 Behalf of All Others Similarly Situated,  )
                                )
21               Plaintiff,     )
                                )
22                              )
         vs.                    )
23                              )
   SiRF TECHNOLOGY HOLDINGS, INC.,  )
24 MICHAEL L. CANNING, DIOSDADO P.  )
   BANATAO, GEOFFREY RIBAR and   )
25 KANWAR CHADHA,               )
                                )
26               Defendants.    )
                                )
   _____)
27

28

| | | |
|---|---|---|
| 1 | ──────────────────────────── ) | |
| | ALAN NUSSBAUM, On Behalf of Himself ) | No. 08 CV 00905 JSW |
| 2 | and All Others Similarly Situated, ) | |
| | ) | |
| 3 | Plaintiff, ) | |
| | ) | |
| 4 | ) | |
| | vs. ) | |
| 5 | ) | |
| | SiRF TECHNOLOGY HOLDINGS, INC., ) | |
| 6 | DIOSDADO P. BANATAO, MICHAEL L. ) | |
| | CANNING, KANWAR CHADHA and ) | |
| 7 | GEOFFREY RIBAR, ) | |
| | ) | |
| 8 | Defendants. ) | |
| 9 | ──────────────────────────── ) | |
| | GARY MITCHELL SCHORR REV. TRUST ) | No. 08 CV 01121 MMC |
| 10 | U/A DTD 3-20-98, Individually and on ) | |
| | Behalf of All Others Similarly Situated, ) | |
| 11 | ) | |
| | Plaintiff, ) | |
| 12 | ) | |
| | ) | |
| 13 | vs. ) | |
| | ) | |
| 14 | SiRF TECHNOLOGY HOLDINGS, INC., ) | |
| | DIOSDADO P. BANATAO, MICHAEL L. ) | |
| 15 | CANNING, GEOFFREY RIBAR and ) | |
| | KANWAR CHADHA ) | |
| 16 | ) | |
| | Defendants. ) | |
| 17 | ──────────────────────────── ) | |
| 18 | SIDNEY FIELDEN, AS TRUSTEE ON ) | No. 08 CV 01104 MHP |
| | BEHALF OF THE SIDNEY AND ) | |
| 19 | MILDRED FIELDEN JOINT REVOCABLE ) | |
| | TRUST on behalf of itself and all others ) | |
| 20 | similarly situated, ) | |
| | ) | |
| 21 | Plaintiff, ) | |
| | ) | |
| 22 | ) | |
| | vs. ) | |
| 23 | ) | |
| | SiRF TECHNOLOGY HOLDINGS, INC., ) | |
| 24 | DIOSDADO P. BANATAO, MICHAEL L. ) | |
| | CANNING, KANWAR CHADHA and ) | |
| 25 | GEOFFREY RIBAR, ) | |
| | ) | |
| 26 | Defendants. ) | |
| 27 | ──────────────────────────── ) | |
| 28 | | |

| | | |
|---|---|---|
| 1 | _____ ) | |
| | JAMES FURMAN, Individually And On ) | No. 08 CV 01122 WHA |
| 2 | Behalf of All Others Similarly Situated, ) | |
| | ) | |
| 3 | Plaintiff, ) | |
| | ) | |
| 4 | ) | |
| | vs. ) | |
| 5 | ) | |
| | SiRF TECHNOLOGY HOLDINGS, INC., ) | |
| 6 | MICHAEL L. CANNING, DIOSDADO P. ) | |
| | BANATAO, KANWAR CHADHA and ) | |
| 7 | GEOFFREY RIBAR, ) | |
| | ) | |
| 8 | Defendants. ) | |
| | _____ ) | |
| 9 | RODNEY HUNTER, Individually And On ) | No. 08 CV 01210 SC |
| 10 | Behalf of All Others Similarly Situated, ) | |
| | ) | |
| 11 | Plaintiff, ) | |
| | ) | |
| 12 | ) | |
| | vs. ) | |
| 13 | ) | |
| | SiRF TECHNOLOGY HOLDINGS, INC., ) | |
| 14 | MICHAEL L. CANNING, DIOSDADO P. ) | |
| | BANATAO, GEOFFREY RIBAR and ) | |
| 15 | KANWAR CHADHA, ) | |
| | ) | |
| 16 | Defendants. ) | |
| | _____ ) | |
| 17 | | |

18    The parties hereby stipulate, and the Court hereby orders, as follows:

19    <u>**CONSOLIDATION OF RELATED CASES**</u>

20    1.    The above-captioned actions are related cases within the meaning of Civil L.R.  3-12.

21 Pursuant to FRCiv P. 42(a), these cases are hereby consolidated into Civil Action No. C08-00856 for

22 pretrial proceedings before this Court.  The consolidated action shall be captioned:  "*In re SiRF*

23 *Technology Holdings, Inc. Securities Litigation.*"

24    2.    Counsel for Defendants hereby accept service of all complaints and summonses in the

25 above-captioned matters pursuant to Federal Rule of Civil Procedure 4(d).

26    3.    All related actions that are subsequently filed in, or transferred to, this District shall

27 be consolidated into this action for pretrial purposes.  This Order shall apply to every such related

28

STIPULATION AND PROPOSED
CONSOLIDATION ORDER
Case No. CV 08-0856

1  action, absent order of the Court.  A party that objects to such consolidation, or to any other

2  provision of this Order, must file an application for relief from this Order within thirty (30) days

3  after the date on which a copy of this Order is served on the party's counsel.

4        4.        This Order is entered without prejudice to the rights of any party to apply for

5  severance of any claim or action, for good cause shown.

6                            **MASTER DOCKET AND CAPTION**

7        5.        The docket in Civil Action No. C-08-00856 shall constitute the Master Docket for

8  this action.

9        6.        Every pleading filed in the consolidated action shall bear the following caption:

10                         UNITED STATED DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12  In re SiRF TECHNOLOGY HOLDINGS, INC.      )
    SECURITIES LITIGATION                      )        Master File No.
13                                             )        C 08 00856
                                               )
14  _____)
                                               )        CLASS ACTION
15  This Document Related To:                  )
                                               )
16                                             )
                                               )
17  _____)

18        7.        The file in Civil Action No. C08 00856 shall constitute a Master File for every action

19  in the consolidated action.  When the document being filed pertains to all actions, the phrase "All

20  Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading

21  applies only to some, not all, of the actions, the documents shall list, immediately after the phrase

22  "This Document Relates To:", the docket number of each individual action to which the document

23  applies, along with the last name of the first-listed plaintiff in said action (e.g., "No. C-08-00856

24  (Esses))."

25        8.        The parties shall file a Notice of Related Cases pursuant to Civil L.R. 3-12 whenever

26  a case that should be consolidated into this action is filed in, or transferred to, this District.  If the

27  Court determines that the case is related, the clerk shall:

28              (a)        place a copy of this Order in the separate file for such action;

1        (b)     serve on plaintiff's counsel in the new case a copy of this Order;

2        (c)     direct that this Order be served upon defendants in the new case; and

3        (d)     make the appropriate entry in the Master Docket.

## **LEAD PLAINTIFF'S COUNSEL**

9.     After the Court has designated a Lead Plaintiff and Lead Plaintiff's Counsel, pursuant to 15 U.S.C. § 78u-4(a)(3), Lead Plaintiff's Counsel shall have authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters regarding pretrial procedures, discovery, and settlement negotiations.  Lead Plaintiff's Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for dissemination of notices and orders.  Lead Plaintiff's Counsel shall be responsible for communications with the Court on behalf of all plaintiffs.  Lead Plaintiff's Counsel shall maintain a master service list of all parties and counsel, and service upon Lead Plaintiff's Counsel shall be deemed sufficient to effect service on all plaintiffs.

10.    Defendants' counsel may rely upon agreements made with Lead Plaintiff's Counsel.  Such agreements shall be binding on all plaintiffs.

## **PLEADINGS AND MOTIONS**

11.    Following the appointment of a Lead Plaintiff and Lead Plaintiff's Counsel, the parties shall meet and confer and submit a mutually agreeable schedule for the filing of a consolidated complaint (or designation of an operative complaint), as well as for the briefing and hearing of responses thereto.  The consolidated or operative complaint shall supersede all complaints filed in any of the actions consolidated herein.

12.    Defendants are not required to respond to the complaint in any action consolidated into this action, other than a consolidated complaint filed by the Lead Plaintiff or a complaint designated as the operative complaint by the Lead Plaintiff.

13.    The above-captioned cases have been designated for this Court's Electronic Case Filing Program, and all pleadings and papers shall be electronically served in accordance with the Local Rules and General Orders of this Court regarding Electronic Case Filing.  To the extent that any papers are not electronically filed, the Defendants and the Lead Plaintiff shall serve all such papers on each other by hand, by overnight delivery, or facsimile, unless otherwise agreed upon.

1  Notwithstanding the foregoing, and paragraph 9 above, in the event that Defendants elect to serve

2  plaintiffs' counsel other than Lead Plaintiff's Counsel, they may do so by first-class mail, unless

3  otherwise agreed upon by the parties.

4        Dated:  March 13, 2008.

5                                        PILLSBURY WINTHROP SHAW PITTMAN LLP
                                         DAVID M. FURBUSH
6                                        2475 Hanover Street
                                         Palo Alto, CA  94304-1114
7

8                                        By    /s/ David M. Furbush
9
                                         Attorneys for Defendants
10                                       SIRF TECHNOLOGY HOLDINGS, INC.,
                                         MICHAEL L. CANNING, DIOSDADO P.
11                                       BANATAO, GEOFFREY RIBAR AND KANWAR
                                         CHADHA
12

13       Dated:  March 13, 2008.

14                                       COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
                                         SHAWN A. WILLIAMS
15                                       100 Pine Street, Suite 2600
                                         San Francisco, CA  94111
16

17                                       By         /s/ Shawn A. Williams
18
                                         Attorneys for Plaintiff
19                                       SAMMY ESSES, Individually and On Behalf of
                                         All Others Similarly Situated
20

21       Dated:  March 13, 2008.

22                                       GLANCY BINKOW & GOLDBERG LLP
                                         LIONEL Z. GLANCY
23                                       MICHAEL GOLDBERG
                                         1801 Avenue of the Stars, Suite 311
24                                       Los Angeles, CA  90067
25

                                         By    /s/ Michael Goldberg
26
                                         Attorneys for Plaintiff
27                                       BRIAN J. MAJUR and On Behalf of All Others
                                         Similarly Situated
28

1    Dated:  March 13, 2008.

2                              STULL, STULL & BRODY
                              PATRICE L. BISHOP
3                              10940 Wilshire Boulevard, Suite 2300
                              Los Angeles, CA  90024
4

5                              By ____/s/ Patrice L. Bishop_____

6                              ABRAHAM FRUCHTER & TWERSKY LLP
                              JEFFREY ABRAHAM
7                              One Penn Plaza, Suite 2805
                              New York, NY  10119
8
                              Attorneys for Plaintiff
9                              ALAN NUSSBAUM, on Behalf of Himself and All
                              Others Similarly Situated
10
      Dated:  March 13, 2008.
11
                              WEISS & LURIE
12                             JORDAN L. LURIE
                              LEIGH A. PARKER
13                             ZEV B. ZYSMAN
                              10940 Wilshire Boulevard, Suite 2300
14                             Los Angeles, CA  90024

15
                              By ____/s/ Jordan L. Lurie_____
16
                              Attorneys for Plaintiff
17                             GARY MITCHELL SCHORR REV. TRUST
                              U/A DTD 3-20-98, Individually and on Behalf of
18                             All Others Similarly Situated

19    Dated:  March 13, 2008.

20                             WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
                              FRANCIS M. GREGOREK
21                             BETSY C. MANIFOLD
                              RACHELE R. RICKERT
22                             MARISA C. LIVESAY
                              Symphony Towers
23                             750 B Street, Suite 2770
                              San Diego, CA  92101
24

25                             By ____/s/ Betsy C. Manifold_____

26                             Attorneys for Plaintiff
                              SIDNEY FIELDEN, AS TRUSTEE ON BEHALF
27                             OF THE SIDNEY AND MILDRED FIELDEN
                              JOINT REVOCABLE TRUST on behalf of itself
28                             and all others similarly situated

1    Dated:  March 13, 2008.

2                                          GIRARD GIBBS LLP
                                           JONATHAN K. LEVINE
3                                          AARON M. SHEANIN
                                           BERNARD J. KORNBERG
4                                          601 California Street, Suite 1400
                                           San Francisco, CA  94108
5

6
                                           By _____/s/ Arron M. Sheanin_____
7
                                           Attorneys for Plaintiff
8                                          JAMES FURMAN, Individually and On Behalf
                                           Of All Others Similarly Situated
9

10   Dated:  March 13, 2008.

11                                         SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
                                           ALAN R. PLUTZIK
12                                         L. TIMOTHY FISHER
                                           2125 Oak Grove Road, Suite 120
13                                         Walnut Creek, CA  94598

14

15                                         By _____/s/ Alan R. Plutzik_____

16                                         Attorneys for Plaintiff
                                           RODNEY HUNTER, Individually and On Behalf
17                                         Of All Others Similarly Situated

18

19   I hereby attest that I have on file all holograph signatures for any signatures indicated by a

20   "conformed" signature (/s/) within this efiled document.

21
                                           _____/s/ David M. Furbush_____
22

23                                         **ORDER**

24          PURSUANT TO STIPULATION, IT IS **SO ORDERED.**

25

26

27   DATED: March 14, 2008          _____
                                    Hon. Maxine M. Chesney
                                    United States District Judge
28